IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TARYLL MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-351-WKW |
| | ) | [WO] |
| SHERIFF DONALD VALENZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 20, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 5.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED as follows:

1. The Plaintiff's claims against the Houston County Health Department are summarily dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Houston County Health Department is dismissed as a Defendant in this civil action.

3. This case, with respect to the Plaintiff's claims against Donald Valenza,

James Brazier, Lt. Moore, Lt. King and Sgt. Peterson is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 13th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE