IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TARYLL L. McCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-351-WKW |
| | ) | [WO] |
| SHERIFF DONALD VALENZA, | ) | |
| JAMES BRAZIER, ASSISTANT | ) | |
| COMMANDER MOORE, LT. | ) | |
| KING, and SGT. PETERSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 10, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 4th day of November, 2019.

                                                    /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE